In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00400-CV
_____

JARED MARTINEZ, GARRETT GIBBS, JOHN HOFFPAUIR, ESSENTIAL ANESTHESIA PLLC, EH MANAGEMENT COMPANY LLC, EMERGENCHEALTH PLLC, AND EMERGENCHEALTH SERVICES, PLLC, Appellants

V.

ANESTHESIA ASSOCIATES, Appellee

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. 25DCCV1589

MEMORANDUM OPINION

Jared Martinez, Garrett Gibbs, John Hoffpauir, Essential Anesthesia PLLC, EH Management Company LLC, EmergencHealth PLLC, and EmergencHealth Services, PLLC, Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court

1

issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*.

43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 15, 2026
Opinion Delivered July 16, 2026

Before Golemon, C.J., Johnson and Wright, JJ.